IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVO THOR WONS | : CIVIL ACTION |
| v. | : |
| MICHAEL J. ASTRUE, Commissioner of Social Security | : NO. 10-2995 |

## ORDER

AND NOW, this 5 day of Oct, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of his Request for Review, Plaintiff's Motion for Summary Judgment attached to his brief (collectively, Doc. 8), Defendant Commissioner's Response to Plaintiff's Request for Review, and Plaintiff's Reply Brief, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as Plaintiff requests a remand; and,

    3. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

BERLE M. SCHILLER, J.